

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT  06103<br>Phone:  860.240.3200<br>Fax:  860.240.3211 | 141 Church Street<br>New Haven, CT  06510<br>Phone:  203.773.2140<br>Fax:  203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Phone:  203.579.5861<br>Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

January 27, 2020

**Sarah W. Poston**
**Zeldes, Needle & Cooper**
**1000 Lafayette Blvd., PO Box 1740**
**Bridgeport, CT 06604**

Re:   3:06-cv-01203-SRU
      Merrill Lynch Pierce Fenner & Smith, Inc v. Livesay et al

Dear Counselor:

    Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of bond by February 27, 2020, for the following item(s):

    Surety Bond in the amount of $50,000

    Any objection to the return of this bond shall be filed by March 5, 2020. If no motion is filed by February 27, 2020, the property will be disposed of accordingly.

                                      ROBIN D. TABORA, Clerk

                                      By:  /s/   Nick Fanelle
                                      Deputy Clerk, U.S.D.C. in Bridgeport, CT